PARSONS NON–SKID CO. et al. v. E. J. WILLIS CO.

(Circuit Court, S. D. New York. November 13, 1911.)

COSTS (§ 275*)—PAYMENT—TRANSCRIPT OF RECORD—RIGHT TO PRINTED RECORD OF APPELLEE.

On appeal by defendant from a decree against it in an infringement suit, complainant is entitled to demand payment of the cost of printing its record, used on the hearing, which has been taxed against defendant as part of the costs, before furnishing defendant with copies of such record for use in making up the record for appeal.

[Ed. Note.—For other cases, see Costs, Dec. Dig. § 275.*]

In Equity. Suit by the Parsons Non-Skid Company and others against E. J. Willis Company. On motion by defendant-appellant to compel complainants to furnish printed copies of their record to defendant to be used by it to make up printed record for appeal. Motion denied.

See, also, 190 Fed. 333.

Howard P. Denison, for complainants.

Emery, Booth, Janney & Varney, for defendant.

LACOMBE, Circuit Judge. Complainants have offered to supply defendant with the requisite number of printed copies of complainants' records for use on appeal provided defendant will pay complainants the amount which complainants have paid for printing such records, in which event complainants' costs as already taxed will be reduced by the amount so paid by defendant to complainants. This offer is an entirely fair one. It would not be fair to require complainants to furnish the copies looking for reimbursement only to the amount of costs and disbursements included in the judgment, because in the end defendant might turn out to be execution-proof. If defendant accepts this offer, it will not be necessary to decide this motion; if defendant prefers to reject it, such motion will be denied.